## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

**TOTAL EMPLOYMENT COMPANY, INC.,**

    Debtor/Appellant,

v.                              Case No.  8:05-cv-995-T-30TBM

**UNITED STATES OF AMERICA,**

    Appellee.
_____/

## ORDER OF DISMISSAL

Before the Court is the Appellant's Agreed Motion to Dismiss Appeal With Prejudice (Dkt. #25).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. Appellant's Agreed Motion to Dismiss Appeal With Prejudice (Dkt. #25) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Bankruptcy Court Clerk (Case #8:02-BK-17991-MGW)

F:\Docs\2005\05-cv-995.dismissal 25.wpd